PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Shelton Bey

Cr.: 99-00191-01
PACTS Number: 023144

Name of Sentencing Judicial Officer: The Honorable John W. Bissell

Date of Original Sentence: 01/29/01

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 66 months imprisonment; 3 years supervised release

Type of Supervision: supervised release                Date Supervision Commenced: 02/14/07

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

While in custody, Bey was prescribed psychiatric medication. Since his release, we recommend he be evaluated to assess need for ongoing treatment.

Respectfully submitted,

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 04/27/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

April 30 2012
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

Witness: _____
U.S. Probation Officer
Amy J. Capozzolo

Signed: _____
Probationer or Supervised Releasee
Shelton Bey

_____
4/27/12
DATE