# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Shelton Bey                                                          Cr.: 99-00191-01

Name of Sentencing Judicial Officer: Susan D. Wigenton, U.S.D.J.

Date of Original Sentence: 01/29/01

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 66 months imprisonment followed by 3 years supervised release.

Type of Supervision: Supervised Release                          Date Supervision Commenced: 02/14/07

Assistant U.S. Attorney: Shirley Emehelu                          Defense Attorney: Carol Guillen

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision conditions which state '**You shall not commit another federal, state, or local crime.**' and '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**' |

On October 6, 2007, Bey was found by Newark police officers to be in possession of a Titan Tiger .38 caliber special revolver.   On June 26, 2009, Bey appeared in Superior Court of Essex County and pled guilty to unlawful possession of a weapon.   On September 4, 2009, he was sentenced to five years imprisonment. On October 23, 2011, he completed his state sentence.

On May 10, 2012, Bey appeared before the Honorable Susan D. Wigenton in United States District Court, and pled guilty to count one of this petition (and the remaining counts, which were removed from this amended petition, will be dismissed as part of his plea). Bey is scheduled to be sentenced on August 13, 2012.

The probation office has determined that this conduct constitutes a **Grade A violation**.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Amy J. Capozzolo   Maureen Kelly
U.S. Probation Officer
Date: 6/19/12

*Digitally signed by Maureen Kelly
DN: cn=Maureen Kelly, o, ou=Supervising U.S.
Probation Officer,
email=Maureen_Bellg4760.uscourts.gov, c=US
Date: 2012.06.19 21:37:59 -04'00'*

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

*This warrant is based on Bey's noncompliance since his May 10, 2012 appearance before the Honorable Susan D. Wigenton.  Bey has failed to report to probation and his mental health provider as directed.  He tested positive for cocaine use immediately following his court appearance on May 10, 2012, and his failure to cooperate with the probation office has made it impossible to monitor his ongoing drug use.*

_____
Signature of Judicial Officer

_____
Date